UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2021 APR 13 P 1: 47
CLERK OF COURT
21-CR-076

UNITED STATES OF AMERICA,

  Plaintiff,

v.

EDUARDO C. LAWLESS, JR.,

  Defendant.

Case No. 21-CR
[18 U.S.C. §§ 922(o) & 924(a)(2)]

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about February 18, 2021, in the State and Eastern District of Wisconsin,

**EDUARDO C. LAWLESS, JR.,**

knowingly possessed a machinegun, that is, a Glock, model 26 Gen 5, 9mm pistol, bearing serial number AENL114 with machinegun-conversion device.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## FORFEITURE NOTICE

Upon conviction of the offense alleged in this Indictment, the defendant, Eduardo C. Lawless, Jr., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Sections 922(o), including, but not limited to: a Glock, model 26 Gen 5, 9mm pistol, bearing serial number AENL114 with machinegun-conversion device.

A TRUE BILL:

FOREPERSON

Date: April 13, 2021

_____
for RICHARD G. FROHLING
Acting United States Attorney

2