# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                Case No. 21-CR-76

EDUARDO C. LAWLESS, JR,
        Defendant.

# ORDER

Eduardo C. Lawless, Jr. is charged with possession of a machinegun. When he initially appeared before this court he was ordered temporarily detained. (ECF No. 5.) A detention hearing was held on April 16, 2021. (ECF No. 7.) The government sought detention, noting that Lawless fled from police in a vehicle, crashed, and then fled on foot. (ECF No. 7.) He also has a pending domestic violence case in state court. (ECF No. 7.)

Nonetheless, the court agreed with the recommendation of pretrial services and released Lawless to home detention. Because Lawless was caring for children, the court did not require that he look for work. (ECF No. 7.)

On July 7, 2021, Lawless filed a motion wherein he "seeks to change his status from home detention to curfew to allow him to more easily secure employment, attend

his drug treatment courses, and pursue educational opportunities at MATC." (ECF No. 13.)

The court consulted with Lawless's supervising Pretrial Services officer and ordered the government to respond to the motion. Both oppose Lawless's motion.

The court shall impose the least restrictive conditions that will reasonably assure the defendant's appearance and the safety of the community. 18 U.S.C. § 3142(c)(1)(B). The court encourages Lawless's pursuits of employment, education, and treatment. But those are not incompatible with home detention. Lawless merely needs to obtain advanced permission, and his time away from home is narrowly circumscribed. While these strictures may preclude some *ad hoc* cash employment opportunities, this tradeoff is necessary given Lawless's drug use and having only recently begun treatment. If Lawless continues his compliance with the conditions of his release, including consistently testing negative for controlled substances and making progress in his treatment, and secures regular employment, the court will consider imposing curfew in lieu of home detention. But, for now, the court denies Lawless's motion.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 15th day of July, 2021.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge